harmless, and (2) if so, was the error harmless in this case?"

Case transferred to the appellate docket. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and petition. *Morris Lavine* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 901. ROUGH DIAMOND CO., INC., ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Edward Berlin* for the United States.

No. 922. KNETSCH ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William Lee McLane, Nola McLane* and *Thaddeus Rojek* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Harry Baum* and *Philip R. Miller* for the United States.

No. 989. PERATI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Raymond N. Zagone* for the United States.

No. 1005. PAYSON *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Penrose Lucas Albright* for petitioner. *Solicitor General Marshall* for the United States.